IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOUSING FINANCE AGENCY,<br><br>                Plaintiff,<br><br>    v.<br><br>DAVID HERRERA,<br><br>                Defendant. | Case No.: 12-3301 JSC<br><br>**SUA SPONTE REQUEST FOR RELATED CASE DETERMINATION (Civil L.R. 3-12(c))** |

    Defendant David Herrera, proceeding pro se, removed this unlawful detainer civil action from the Contra Costa County Superior Court alleging diversity jurisdiction under 28 U.S.C. § 1332 (c)(1). Plaintiff, the California Housing Finance Agency, filed the action on November 22, 2011 seeking to evict Defendant from real property located at 570 Douglas Drive, Brentwood, California 94513.

    Northern District of California Local Rule 3-12(c) provides: Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest- filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related.

In reviewing Defendant's Notice of Removal and the related-filed documents, it has come to the Court's attention that this action may be related to <u>California Housing Authority v. Herrera</u>, No. 12-00105-WHA.  The earlier action also sought to remove the same unlawful detainer action filed against Defendant David Herrera in the Contra Costa County Superior Court.  The basis for removal in that action was federal question jurisdiction.  The Honorable Judge Alsup remanded that case back the Superior Court of California, County of Contra Costa on May 4, 2012.  See <u>California Housing Authority v. Herrera</u>, No. 12-00105 WHA, Dkt. No. 20.  In this action, Defendant seeks to remove the same unlawful detainer action concerning the same real property; however, this time he alleges diversity jurisdiction.[1]

Accordingly, pursuant to Local Rule 3-12(c) this action is referred to the Honorable William Alsup for a determination of whether this action is related to <u>California Housing Authority v. Herrera</u>, No. 12-00105-WHA.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that it does not appear that diversity jurisdiction exists because Plaintiff, the California Housing Finance Agency, is state agency and thus a resident of California, and Defendant is also a resident of California. (Dkt. No. 1, p. 2).  Accordingly, the Court may lack subject matter jurisdiction over this later filed action.  See <u>Valdez v. Allstate Ins. Co.</u>, 372 F.3d 1115, 1116 (9th Cir. 2004).