IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOUSING FINANCE AGENCY, | No. C 12-03301 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE REMAND** |
| DAVID HERRERA, | |
| Defendant. | |

Pro se defendant David Herrera removed this action to federal court on June 26, 2012. The action is an unlawful detainer action filed by plaintiff California Housing Finance Agency in Contra Costa County Superior Court, Case No. PS11-2044. Defendant previously removed this action on January 5, which was remanded by order dated May 4 (Dkt. No. 20, Case No. 12-cv-00105-WHA).

In the instant action, defendant's notice of removal alleges this Court has subject-matter jurisdiction based on the diversity statute, 28 U.S.C. 1332. It does not appear that the parties are diverse. Plaintiff is a California state agency; defendant states that he is a resident of California. Moreover, plaintiff's complaint seeks damages in the amount of "$60.00 per day from the expiration of the Notice to Quit." As the notice to quit was allegedly served on November 15, 2011, the damages amount is much less than $75,000.

Defendant is hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded, given that the parties do not appear to be diverse, the amount in controversy is less than $75,000,

and defendant appears to be a citizen of the forum state.  Defendant must file a written response to this order by **SEPTEMBER 21, 2012**.  If no response is filed, the case may be remanded for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

Dated:  September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE